# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

LEROY WHITNEY; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05161

Sheriff's Sale Date: 3/15/2017

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LEROY WHITNEY the above process on the 27 day of December, 2016, at 11:49 o'clock, A M, at 1314 S. 53RD STREET PHILADELPHIA, PA 19143, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____    2) _____    3) _____

Commonwealth/State of _Pa_ )
                             ) SS:
County of _Berks_            )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158055
Case ID #: 4772954

Subscribed and sworn to before me this _29_ day of _Dec_, 20_16_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>**SUITE 5000**<br>**701 MARKET STREET**<br>**PHILADELPHIA, PA**<br>**19106-1532** | Check type of mail or service:<br>☐ Certified ☐ Recorded Delivery (International)<br>☐ COD ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | | | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | |
| 3. | **LEROY WHITNEY**<br>**WHITNEY, LEROY**<br>**1314 S. 53rd Street**<br>**Philadelphia, PA 19143** | | | | | | | | | | | |
| 4. | | | | | | | | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |

U.S. POSTAGE » PITNEY BOWES
ZIP 19106 $ 001.35⁰
02 1W
0001391829 DEC. 23. 2016

Total Number of Pieces Listed by Sender: 1    Total Number of Pieces Received at Post Office: ___    Postmaster, Per (Name of receiving employee)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)    Sale Date:

USA-158055   Philadelphia County

LEROY WHITNEY

RCO - Back to Brithni Augustin



| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5561-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 71901086206000017590<br>71901086206000017590 | WHITNEY, LEROY<br>1314 S. 53rd Street<br>Philadelphia, PA 19143 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144709<br>9171999991703753144709 | WHITNEY, LEROY<br>1314 S. 53rd Street<br>Philadelphia, PA 19143 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144716<br>9171999991703753144716 | Tenants/Occupants<br>424 15th Avenue<br>Newark, NJ 07103 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144723<br>9171999991703753144723 | John and Jane Doe<br>424 15th Avenue<br>Newark, NJ 07103 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144730<br>9171999991703753144730 | Tenants/Occupants<br>2704 Park Avenue<br>South Plainfield, NJ 07080 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144747<br>9171999991703753144747 | Christopher Hoagland<br>2704 Park Avenue<br>South Plainfield, NJ 07080 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144754<br>9171999991703753144754 | John and Jane Doe<br>2032 Gless Avenue<br>Unit 1<br>Union Township, NJ 07083 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144761<br>9171999991703753144761 | Tenants/Occupants<br>2032 Gless Avenue<br>Unit 1<br>Union Township, NJ 07083 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| 9171999991703753144778<br>9171999991703753144778 | John and Jane Doe<br>539-541 East 27th Street<br>Unit 1<br>Paterson, NJ 07514 | ERR<br>C | 0.705 | 1.40<br>3.45 | | | 5.56 |
| Page Totals<br>Cumulative Totals | 9<br>9 | | 6.35<br>6.35 | 43.65<br>43.65 | | | 50.00<br>50.00 |